**93–2522.** Ellis v. Rogers. *Marion County*, No. 9–93–24. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Marion County to certify its record and as a claimed appeal as of right from said court. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 14, 1994.

**93–2530.** State ex rel. Horsley v. Constr. Products & Erection Co. *Franklin County*, No. 92AP–1385. This cause is pending before the court as a cross-appeal from the Court of Appeals for Franklin County. Upon consideration of cross-appellant's application to dismiss its appeal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 15, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93–2541.** State Auto Mut. Ins. Co. v. MMR/Wallace Co., a Div. of Matthews–McCracken–Rutland Corp. *Mahoning County*, Nos. 92 C.A. 165, 92 C.A. 166 and 92 C.A. 162. This cause is pending before the court on the filing of motions for an order directing the Court of Appeals for Mahoning County to certify its record. Appellants' (Cincinnati Insurance Company et al.) request for extension of time to file a memorandum in support of jurisdiction was denied by this court on December 21, 1993. It appears from the records of this court that appellants (Cincinnati Insurance Company et al.) have not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the appeal of Cincinnati Insurance Company et al. be, and the same is hereby, dismissed *sua sponte*, effective February 14, 1994.

This cause remains pending in all other respects.

**93–2589.** Felden v. Ashland Chem. Co. *Cuyahoga County*, Nos. 64313 and 64346. This cause is pending before the court on the filing of a motion and cross-motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Upon consideration of the joint application to dismiss appeal and cross-appeal,

IT IS ORDERED by the court that the application to dismiss be, and the same is hereby, granted, effective February 15, 1994.

**93–2591.** Way v. Cissell. *Hamilton County*, No. C–930408. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Hamilton County to certify its record and as a claimed appeal as of right from said court. Appellant filed a notice of appeal on December 22, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte*, effective February 14, 1994.

**93–2617.** State ex rel. Akbar–El v. Corzine. In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of application to dismiss filed by relator, Ali A. Akbar–El,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 14, 1994.